

LAW OFFICES OF
**GEORGETTE MILLER AND ASSOCIATES, P.C.**

CRYSTAL SMITH
*Direct Dial*    856-505-6383
*Email*         dmayberry@georgettemillerlaw.com

May 26, 2015

Michael J. Maaco
Chapter 13 Trustee
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

**RE:**   Allison Legal
          Chapter 13 Case No: 1-15-40911-cec
          CO Hearing and Motion to Dismiss

Dear Mr. Maaco:

This letter is to inform you that we are agreeable to the case being dismissed.  On April 1, 2015 we received a call from the debtor Allison Legall that she no longer wanted to proceed with her bankruptcy.  As such we did not appear at the 341 Hearing.  The legal fees should not be disgorged as the dismissal was requested by the debtor.

Very truly yours,

**/s/ Crystal Smith**

Crystal Smith
Legal Assistant

Enclosures

{00172341;v1}      **Law Offices of Georgette Miller and Associates, P.C.**
              Main 856-323-1100 • Fax 856-546-5200 • www.georgettemillerlaw.com • Toll Free: 866-96-GMLAW

| **New Jersey** | **Pennsylvania** |
| 335 Evesham Avenue, Lawnside, NJ 08045 | 119 S. Easton Road, Glenside, PA 19038 |
| **Delaware - Brandywine Executive Center** | **New York** |
| 1521 Concord Pike, Suite 301, Wilmington, DE 19803 | 61-43 186th Street, Fresh Meadows, NY 11365 |

**Crystal Smith**

From:               Georgette Miller
Sent:              Tuesday, May 26, 2015 10:52 AM
To:                 Crystal Smith
Subject:         Fwd: Bankruptcy

Sent from my iPhone

Begin forwarded message:

> **From:** Georgette Miller <GMiller@georgettemillerlaw.com>
> **Date:** April 14, 2015 at 11:15:32 AM EDT
> **To:** Allison legall ▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Subject: Re: Bankruptcy**
>
> Ur case will be dismissed. Ty
>
> Sent from my iPhone
>
> On Apr 14, 2015, at 11:08 AM, Allison legall ▓▓▓▓▓▓▓▓▓▓▓ wrote:
>
>> GM, I've decided not to go through with bankruptcy. So I won't be attending court tomorrow 4/15. What happens next after tomorrow?
>>
>> Allison Legall
>>
>> ..
>>
>> On Mar 31, 2015 10:51 AM, "Georgette Miller" <GMiller@georgettemillerlaw.com> wrote:
>> Yes as dismissed.
>>
>> Sent from my iPhone
>>
>> On Mar 31, 2015, at 10:50 AM, Allison legall ▓▓▓▓▓▓▓▓▓▓ wrote:
>>
>>> If the case is dismissed will it show up on my credit report?
>>>
>>> On Mar 31, 2015 10:39 AM, "Georgette Miller" <GMiller@georgettemillerlaw.com> wrote:
>>> Again, If your payments are not received your bankruptcy case will be dismissed.
>>>
>>> Check with the non profit and the bank as to the status of modification. You can request a modification, anyone can, but the bank does not have to give you a modification. Our office does

modifications but we are always clear with our clients, letting them know it is completely up to the bank and they are entitled to nothing.

Sent from my iPhone

On Mar 31, 2015, at 10:33 AM, Allison legall <~~legall650@gmail.com~~> wrote:

> So what's going to happen if the payments aren't received? A not for profit organization had submitted modification papers on my behalf. Can I call the bank to see whats happening?
>
> On Mar 31, 2015 10:25 AM, "Georgette Miller" <GMiller@georgettemillerlaw.com> wrote:
> Ms. Legall
>
> We talked at length about this. Your case is filed, if you do not make the payments it will be dismissed.
>
> If you want to apply for a modification, that is fine but again the bank has no obligation to help you and provide you with a modification of your mortgage.
>
> If you cannot afford to keep the home then you need to file a chapter 7 surrender it and save. You can also apply for a modification once it is surrendered, if you get it great, you stay, if you don't, then be prepared to leave once the house is foreclosed. Hopefully you will leave with some savings.
>
> Georgette Miller
> Law Offices of Georgette Miller and Associates, P.C.
>
> **NJ Office:**
> 335 Evesham Avenue
> Lawnside, NJ 08045
> Phone: 856-323-1100
> Fax: 856-546-5200
>
> **PA Office:**
> 119 S. Easton Road
> Glenside, PA 19038
> Phone: 215-887-7700
> Fax: 215-887-7710
>
> **NY Office:**
> Executive Center at Fresh Meadows

61-43 186th Street
Fresh Meadows, NY 11365
Phone: 718-215-3100
Fax: 718-425-9919

**DC, MD &VA Office:**
7207 Hanover Parkway
Suite C&D
Greenbelt, MD 20770
Phone: 301-760-4794
Fax: 301-560-5508

Email: GMiller@georgettemillerlaw.com
Website: www.georgettemillerlaw.com

Toll Free: 866-96-GMLAW

www.Facebook.com/AttorneyGeorgetteMiller
www.Twitter.com/GeorgetteESQ
www.LivingDebtFreeBook.com
www.GeorgetteMiller.com

On Mar 31, 2015, at 10:08 AM,
Allison legall
<legall650@gmail.com> wrote:

GM, I haven't been able to come up
with the funds for the bank and the
trustee. I had send in documents to
the bank for possible modification.
I'm considering not to go through
with bankruptcy. Since I'm having
trouble with the funds what do you
suggest. Can I stop bankruptcy
case? I would prefer to try and get
modification than bankruptcy. Can
you let me know what my options
are.

Allison Legall

On Mar 10, 2015 2:17 PM, "Allison
legall" <legall650@gmail.com>
wrote:

Ok.np