# United States Bankruptcy Court

Eastern District Of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−15−40911−cec |
| Allison Legall | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−6797 | |
| DEBTOR(s) | |

## ORDER TO CLOSE DISMISSED CASE

The above−captioned case was dismissed by order dated June 3, 2015

**IT IS ORDERED THAT:**

    Michael J. Macco (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above−named debtor(s) is closed.


                                                                                  s/ Carla E. Craig
                                                                 United States Bankruptcy Judge

Dated: June 23, 2015

**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]